PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
JESSICA A. MASSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MALDONADO PIZARRO,<br><br>Defendant. | CASE NO. 1:21-MJ-00038-SAB<br><br>GOVERNMENT'S MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the UFAP complaint filed in the above-captioned matter for the following reason.

The defendant has been apprehended and is being prosecuted for the underlying state criminal.  It is also requested that the arrest warrant that issued herein be recalled.

Dated:  March 22, 2022

PHILLIP A. TALBERT
United States Attorney

By:   /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS AND ORDER